In the Matter of the Petition of WILLIAM E. FOLKES, Respondent, for an Alternative Order of Mandamus against JAMES E. HUSHION, as Comptroller of the City of Yonkers, New York, Appellant.— In a mandamus proceeding to compel the reinstatement of petitioner to the position of tax clerk in the department of finance, city of Yonkers, and for the recovery of his salary during the period of his removal, alternative order of mandamus unanimously affirmed, with ten dollars costs and disbursements, as a matter of law and not in the exercise of discretion. (*Matter of Magni* v. *Hushion*, 247 App. Div. 820.) Present — Hagarty, Johnston, Adel and Taylor, JJ.; Lazansky, P. J., not voting.

In the Matter of the Application of HELEN V. HELMRICH, Appellant, for a Mandamus Order against BLANCHE S. EMERSON, as Director of Public Welfare of the City of New Rochelle, and Others, Respondents.— Order denying application for an alternative order of mandamus unanimously affirmed, without costs, as a matter of law and not in the exercise of discretion. No question of fact is presented under the petition and the answering affidavit. Present — Carswell, Davis, Adel and Close, JJ.; Lazansky, P. J., not voting.

In the Matter of the Intermediate Judicial Settlement of the Accounts of ANNA G. E. LANE and ROBERT E. LANE, JR., as Executrix and Executor, Respectively, etc., of ROBERT E. LANE, Deceased. ANNA G. E. LANE, Individually and as Executrix, etc., of ROBERT E. LANE, Deceased, Appellant; ROBERT C. LANE, Individually and as Executor, etc., of ROBERT E. LANE, Deceased, and Others, Respondents.— Resettled decree of the Surrogate's Court of Dutchess county modified to the extent that the eight shares of stock of the Radio Corporation of America described in Schedule B of the account, together with dividends declared or payable thereon since the date of decedent's death, are declared to be the property of the appellant, Anna G. E. Lane, and are not assets of the estate, and as so modified unanimously affirmed, with costs, payable out of the estate, to all parties filing briefs. No opinion. Appeal from original decree dismissed. Present — Hagarty, Davis, Adel and Close, JJ.; Lazansky, P. J., not voting.

In the Matter of the Application of RUBEL CORPORATION, Respondent, v. PAUL MOSS, Commissioner of Licenses of the City of New York, Appellant, and the DEPARTMENT OF LICENSES OF THE CITY OF NEW YORK, Defendant.— In a certiorari proceeding brought to review an order of the defendant-appellant, commissioner of licenses of the city of New York, revoking the petitioner-respondent's ice dealer's license, order denying motion of the appellant to vacate the order of certiorari issued herein affirmed, with ten dollars costs and disbursements. No opinion. The appeal from order denying the appellant's motion for a reargument of the motion to vacate is dismissed. An appeal does not lie from such order. Hagarty, Davis, Johnston and Taylor, JJ., concur; Lazansky, P. J., not voting.